UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re:<br><br>Tim and Pam Hand,<br><br>    Debtors. | Chapter 13<br>Bankruptcy No. 19-02732<br><br>VOLUNTARY CONVERSION OF CHAPTER 13 CASE TO CHAPTER 7 CASE |

COME NOW the above-named Debtors, Tim and Pam Hand, by and through their attorney, Samuel Z. Marks, and hereby convert their Chapter 13 Case filed on the 20th day of November 2019, to a case under Chapter 7 of Title 11 of the United States Code. The Debtors' ability to remain in a Chapter 13 is not feasible.

WHEREFORE the Debtors, Tim and Pam Hand, pray the Court approve the above-captioned Voluntary Conversion of Chapter 13 Case to Chapter 7 Case.

    MARKS LAW FIRM, P.C.

    /s/ Samuel Z. Marks_____
    Samuel Z. Marks IS9998821
    4225 University Avenue
    Des Moines, Iowa 50311
    (515) 276-7211
    FAX (515) 276-6280
    office@markslawdm.com
    ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

I hereby certify that on **March 25, 2021**, a copy of **Notice of Conversion to a Chapter 7 Case** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

| |
|---|
| **American Collection Services** |
| **Barclays Bank Delaware** |
| **Bluegreen Vacation Club** |
| **Capital One** |
| **Capital One** |
| **Great Lakes Educational Loan Services** |
| **GreenState Credit Union** |
| **Greenstate Credit Union** |
| **Internal Revenue Service** |
| **Kohls/Capital One** |
| **Nebraska Furniture Mart** |
| **Nebraska Furniture Mart** |
| **Nebraska Furniture Mart** |
| **Parent Plus Student Loan** |
| **Personal Energy/ra/con** |
| **The Money Source Inc.** |
| **Univ Ia Cu** |
| **Univ Ia Cu** |
| **Univ Ia Cu** |
| **Univ Ia Cu** |
| **USDOE/GLELSI** |
| **USDOE/GLELSI** |
| **Wells Fargo Auto** |
| **Wells Fargo Auto** |
| **Wells Fargo Dealer Services** |

**/s/ Samuel Z. Marks**
**Samuel Z. Marks**
**Marks Law Firm, P.C.**
**4225 University Ave.**
**Des Moines, IA 50311**
**(515) 276-7211 Fax:(515) 276-6280**
**Office@markslawdm.com**